IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

CARLOS GUADALUPE SANCHEZ-FELIX,

Defendant.

Criminal: 1:21-CR-310 (PAB)

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | *United States v. Carrillo-Lopez*, ___ F. Supp. 3d ___, 2021 WL 3667330 (D. Nev. Aug. 18, 2021) |
| B | Declaration of Dr. Kelly Lytle Hernández, Professor of History at the University of California, Los Angeles |
| C | *The Eugenical Aspects of Deportation: Hearings before the Committee on Immigration and Naturalization House of Representative*, 70th Cong. 70.1.4 (1928) |
| D | "Deportation of Aliens." *Congressional Record*, (Feb. 16, 1929) |
| E | "Administration of the Law." *Congressional Record* 65:6 (1924) |
| F | "Restriction of Mexican Immigration," *Congressional Record*, (Feb. 9, 1928) |
| G | "Across the Borders." *Congressional Record* (Feb. 3, 1928) |
| H | *Hearings Before the Committee on Immigration and Naturalization*, 69th Cong. 69.1.3 (1926) |
| I | S. Rep. No. 1456 (1929) |
| J | Senator Blease (SC). *Congressional Record* (Jan. 23, 1929) |
| K | S. Rep. No. 2397 (1929) |
| L | 70th Cong., Sess. II, Chap. 690, Mar. 4, 1929 |
| M | *United States v. Rios-Montano*, 3:19-cr-2123-GPC, DE 82 (December 8, 2020) |
| N | S. Deborah Kang, *Affidavit* (September 21, 2021) |
| O | Jens Manuel Krogstad, Jeffrey S. Passel and D'Vera Cohn, *5 Facts About Illegal Immigration in the U.S.*, Pew Research Center (June 12, 2019) |
| P | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2020) |

| | |
|---|---|
| Q | Jeffrey S. Passel and D'Vera Cohn, *Mexicans decline to less than half the U.S. unauthorized immigrant population for the first time*, Pew Research Center (June 12, 2019) |
| R | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2019) |
| S | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2018) |
| T | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2017) |
| U | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2016) |
| V | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2015) |
| W | United States Sentencing Commission Quick Facts, "Illegal Reentry" (Fiscal Year 2014) |
| X | United States Sentencing Commission Quick Facts "Illegal Reentry" (Fiscal Year 2013) |
| Y | Michael T. Light, Jingying He and Jason P. Robey, *Comparing crime rates between undocumented immigrants, legal immigrants, and native-born US citizens in Texas*, PNAS vol. 117, no. 51 (December 22, 2020) |