Courts are denying the claims for various reasons: Some are agreeing with the govt that rational basis review applies and find that § 1326 easily clears that low hurdle. Some are finding that *Arlington Heights* applies but find that defendant has not established animus in the challenged action; that is the 1952 Act as amended, rather than the 1929 Act. Whatever the basis, with one exception, all have denied the claim.

Here is my working list of courts that have ruled on this issue (all denials, except *Carrillo-Lopez*)
United States v. Palacios-Arias, No. 3:20-cr-62 (E.D. Va. October 13, 2020);
United States v. Chac-Chon, No. 3:20-cr-61 (E.D. Va. November 10, 2020);
United States v. Medina Zepeda, No. 2:20-cr-57 (C.D. Cal. January 5, 2021);
United States v. Barcenas-Rumualdo, 20-cr-1849 (May 7, 2021);
United States v. Gutierrez-Barba, 2021 WL 2138801 (D. Az. May 25, 2021);
United States v. Wence, No. 3:20-cr-27 (D. V.I. June 16, 2021);
United States v. Machic-Xiap, 2021 WL 3362738 (D. OR Aug. 3, 2021);
United States v. Suquilanda, 2021 WL 3500868 (S.D.N.Y. Aug. 9, 2021);
United States v. Novondo-Ceballos, 2021 WL 3570229 (D.N.M. Aug. 12, 2021);
United States v. Bernal, 21-cr-01817 (S.D. Cal. Sep. 20, 2021);
United States v. Orozco-Orozco, 21-cr-02349 (S.D. Cal. Sep. 20, 2021);
United States v. Sanchez-Rodriguez, 21-cr-02351 (S.D. Cal. Sep. 20, 2021);
United States v. Flores, No. 1:21-cr-168, (E.D. Va. Oct. 27, 2021);
United States v. Rodriguez, No. 1:21-cr-179 (E.D. Va. Oct. 6, 2021).

Denial of a motion to withdraw guilty plea, which sought withdrawal based on *Carrillo-Lopez*:
United States v. Santiago Rodriguez-Pompa, No. 5:21cr19 (N.D. FL. Oct. 12, 2021)

Denial of the same equal protection claim in the § 1325 context:
United States v. Gallegos-Aparicio, 2020 WL 7318124 (S.D. Cal. Dec. 11, 2020);
United States v. Rios-Montano, 2020 WL 7226441 (S.D. Ca. Dec. 8, 2020);
United States v. Morales-Roblero, 3:19-mj-24442 (S.D. Ca. Sept. 14, 2020);
United States v. Lazcano-Neria, 2020 WL 6363685 (S.D. Cal. Oct. 29, 2020);
United States v. Lucas-Hernandez, 2020 WL 6161150 (S.D. Cal. Oct. 21, 2020);
United States v. Bernal-Sanchez, 3:20-mj-20169-JLB, Dkt. No. 68 (S.D. Ca. Aug. 24, 2020);
United States v. Ruiz-Rivera, 2020 WL 5230519 (S.D. Cal. Sept. 2, 2020).