Case 1:21-cr-00310-PAB   Document 52-7   Filed 05/16/22   USDC Colorado   Page 1 of 2



DEFENDANT'S EXHIBIT G  1:21-cr-00310-PAB

▶ THERE WERE 75,836 CASES REPORTED TO THE UNITED STATES SENTENCING COMMISSION IN FISCAL YEAR 2014.

▶ OF THESE CASES, 20,229 INVOLVED IMMIGRATION OFFENSES.[1]

▶ 81.8% OF IMMIGRATION CASES INVOLVED ILLEGAL REENTRY.

## Illegal Reentry Offenses



**Number of Illegal Reentry Offenders**

- FY10: 19,550
- FY11: 21,264
- FY12: 19,257
- FY13: 18,498
- FY14: 16,556

| Top Five Districts Illegal Reentry Offenders FY 2014 |
|---|
| Southern District of Texas (N=3,408) |
| District of New Mexico (N=3,118) |
| Western District of Texas (N=2,701) |
| District of Arizona (N=2,281) |
| Southern District of California (N=982) |

### Offender and Offense Characteristics

- In fiscal year 2014, most illegal reentry offenders were male (96.5%).

- The majority were Hispanic (98.3%), followed by Black (0.9%), White (0.8%) and Other Races (0.0%).

- The average age of these offenders at sentencing was 36 years.

- The most common Criminal History Category for these offenders was Category III (27.1%). The proportion of illegal reentry offenders in other Criminal History Categories were as follows:

    - 22.6% of these offenders were in Category I;
    - 22.4% were in Category II;
    - 15.1% were in Category IV;
    - 7.9% were in Category V;
    - and 4.9% were in Category VI.

- Illegal reentry sentences were increased in 73.2% of all cases because of the offender's criminal history pursuant to section 2L1.2 of the sentencing guidelines. The increases were:

    - four levels in 32.9% of these offenses;
    - eight levels in 8.8% of these offenses;
    - 12 levels in 7.5% of these offenses;
    - and 16 levels in 23.9% of these offenses.

### Punishment

- The majority of illegal reentry offenders were sentenced to imprisonment (98.6%).

- The average sentence length for illegal reentry offenders was 17 months.

---

[1] Immigration cases include cases with complete guideline application information sentenced under USSG §§2L1.1 (Smuggling, Transporting or Harboring and Unlawful Alien), 2L1.2 (Illegal Reentry), 2L2.1 (Trafficking in Documents Relating to Citizenship), 2L2.2 (Fraudulently Acquiring Documents Relating to Citizenship), and 2L2.5 (Failure to Surrender Canceled Naturalization Certificate).





## Illegal Reentry Offenses

### Sentences Relative to the Guideline Range

- For each of the past five years, more than half of illegal reentry offenders were sentenced within the guideline range.

- More than one-quarter (27.3%) of illegal reentry offenders received a sentence below the applicable guideline range because the government sponsored the below range sentence in fiscal year 2014.

  ♦ Early Disposition Program (EDP) departures were granted in 25.2% of illegal reentry cases.
    ◊ These offenders received an average reduction of 41.7% in their sentence.

  ♦ Other government sponsored below range sentences were imposed in 1.5% of illegal reentry cases.
    ◊ These offenders received an average reduction of 41.7% in their sentence.

- The rate of non-government sponsored below range sentences increased from 12.4% of illegal reentry cases in fiscal year 2010 to 15.1% in fiscal year 2014.

  ♦ The average reduction for these offenders in fiscal year 2014 was 39.9%.

- The average sentence and the average guideline minimum for illegal reentry offenders have decreased over the last five years.

  ♦ The average sentence decreased from 20 months in fiscal year 2010 to 17 months in fiscal year 2014;

  ♦ The average guideline minimum decreased from 23 months in fiscal year 2010 to 21 months in fiscal year 2014.
    ◊ Over the last five years, fewer illegal reentry offenders received a 16-level increase in their offense level based on criminal history (from 27.4% of all illegal reentry offenders in fiscal year 2010 to 23.9% in fiscal year 2014).
      - A greater percentage of illegal reentry offenders received the 4-level increase in their offense level (from 30.4% in fiscal year 2010 to 32.9% in fiscal year 2014).

    ◊ Fewer illegal reentry offenders were also assigned to the highest Criminal History Category (from 8.0% in fiscal year 2010 to 4.9% in fiscal year 2014).
      - This corresponds with an increase in offenders assigned to the lowest Criminal History Category (from 17.7% in fiscal year 2010 to 22.6% in fiscal year 2014).









[2] "Early Disposition Program (or EDP) departures" are departures where the government sought a sentence below the guideline range because the defendant participated in the government's Early Disposition Program, through which cases are resolved in an expedited manner. See USSG §5K3.1.

SOURCE: United States Sentencing Commission, 2010 through 2014 Datafiles, USSCFY10-USSCFY14.

*For other* **Quick Facts** *publications, visit our website at www.ussc.gov/Quick_Facts.*

**One Columbus Circle, N.E.**
**Suite 2-500, South Lobby**
**Washington, DC 20002-8002**
T: (202) 502-4500
F: (202) 502-4699
www.ussc.gov
@theusscgov