DEFENDANT'S EXHIBIT
I
1:21-cr-00310-PAB

# Outstanding Achievement

## Carlos Sanchez-Felix



He not only worked to complete several Adult Continuing Education classes to benefit himself, he also reached out, and through translating, tutoring and mentoring helped other Spanish speaker complete classes. If not for his help, these students would not have been able to take advantage of these learning opportunities.

D. Van Winkle, Education - teacher

April 15, 2022